Case Name: CARTER, THOMAS R.
Case No:    04-76185

## **CERTIFICATION OF REVIEW**

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: June 30, 2008            WILLIAM T. NEARY
                                United States Trustee, Region 11


                        BY:    */s/ Carole J. Ryczek*
                               CAROLE J. RYCZEK
                               Attorney for the U.S. Trustee