IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>CARTER, THOMAS R.<br><br>Debtor. | CHAPTER 7<br><br>CASE NO. 04-76185 MB<br><br>Judge MANUEL BARBOSA |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor, Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At: U.S. BANKRUPTCY COURT
   211 South Court Street, Room 115
   Rockford, IL 61101

   on:   July 21, 2008
   at:    9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| THOMAS J. LESTER, Trustee | $ 0.00 | $ 4,190.19 | |
| Hinshaw & Culbertson, LLP Trustee's Firm Legal | $ 0.00 | $ 7,807.00 | $ 441.87 |

4. The Trustee's Final Report shows total:

   a. Receipts                              $        34,401.86

   b. Disbursements                         $              0.00

   C. Net Cash Available for Distribution   $        34,401.86

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $21,962.80, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $340,865.55, resulting in an approximate distribution of 6.44% to unsecured creditors.

6. The Debtor has not been discharged. The Trustee filed an Objection to the Debtor's discharge and the Debtor had his discharged denied.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached to the Final Report as Exhibit B.

DATE:   June 21, 2008

/s/ Thomas J. Lester
THOMAS J. LESTER, Trustee

Case 04-76185   Doc 123   Filed 07/01/08   Entered 07/04/08 01:08:39   Desc Imaged
Certificate of Service   Page 2 of 4

# CERTIFICATE OF SERVICE

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-3           User: cbachman              Page 1 of 2            Date Rcvd: Jul 01, 2008
Case: 04-76185                 Form ID: pdf002             Total Served: 48

The following entities were served by first class mail on Jul 03, 2008.
db           +Thomas R Carter,    11616 Bernice Ave,    Huntley, IL 60142-7102
aty          +Matthew M. Hevrin,     Hinshaw & Culbertson,    100 Park Avenue,    Rockford, Il 61101-1020
aty          +Michele M Springer,     Hinshaw & Culbertson,    P O Box 1389,    Rockford, IL 61105-1389
aty          +Rene Hernandez,    Law Office of Rene Hernandez, P.C.,     1625 East State Street,
               Rockford, IL 61104-2449
aty          +Thomas E. Laughlin,     Ritz & Laughlin, Ltd., P.C.,    728 N. Court Street,
               Rockford, IL 61103-6922
aty          +Thomas J Lester,    Hinshaw & Culbertson,     100 Park Avenue,    POB 1389,    Rockford, IL 61105-1389
aty          +Victoria R Glidden,     Hinshaw & Culbertson,    P. O. Box 1389,    Rockford, IL 61105-1389
tr            Thomas J Lester,    Hinshaw & Culbertson,     P O Box 1389,    Rockford, IL  61105-1389
8771387       Aurora Loan Services,     601 5th Ave.,    Scottsbuff NE 69361-3553
10605500     +Aurora Loan Services,     601 5th Avenue,    Scottsbuff, NE 69361-3581
10605501      Capital One,    P.O. Box 85015,    Richmond, VA  23285-5015
8771391      +Capital One Bank,    P. O. Box 85167,    Richmond, VA 23285-5167
10605502     +Citi-Capital Commercial,     % Besic Law Offices PC,    5 Wilson Street,    Batavia, IL 60510-2656
10605509      FMD Omaha Service Center,     P.O. Box 54200,    Omaha, NE  68154-8000
8771389      +FMD Omaha Service Ctr.,     P. O. Box 54200,    Omaha NE 68154-8000
10605506     +First National Bank Of Marengo,     % Franks Gerkin & McKenna,    19333 E. Grant Highway,
               Marengo, IL 60152-8250
10605505     +First National Bank Of Marengo,     677 E. Grant Highway,    Marengo, IL 60152-3431
9056512      +First National Bank Of Marengo,     % James P Mullally,    PO Box 5,    Marengo, Il 60152-0005
8771400      +First National Bank of Marengo,     677 E. Grant Highway,    Marengo, IUl  60152-3431
8951254      +First National Bank of Marengo,     c/o Franks, Gerkin, and McKenna, P.C.,    P.O. Box 5,
               Marengo, IL 60152-0005
10605507      Fleet Bank,    P.O. Box 17192,    Wilmington, DE  19850-7192
8771396       Fleet CC,    Attn: ACDV w00 Tournament Dr.,     Horsham PA 19044
10605508      Fleet Platinum,    P.O. Box 15480,    Wilmington, DE  19850-5480
8771397       Fleet Platnium,    P. O., Box 125480,    Wilmington DE 19850
8805108      +Ford Motor Credit Co.,    c/o Steven L. Nelson,     P.O. Box 3700,    Rock Island, IL 61204-3700
8982459       HomeAmerican Credit dba Upland Mortgage,     c/o Robyn Brown,    The Wanamaker Building,
               100 Penn Square East,     Philadelphia PA 19107
10605510      Household Bank,    1111 N. Town Center Drive,     Las Vegas, NV  89144-6364
10605511      Kay Jewelers,    Customer Service Dept.,     375 Ghent Road,    Fairlawn, OH  44333-4601
8771394       Kay Jewelers,    Customer Service Dept.,     37a5 Ghent Rd.,    Fairlawn, OH 44333-4601
10605512     +Medical Recovery Specialist, Inc.,     2200 E. Deon Ave. #288,    Des Plaines, IL 60018-4501
8771398      +Menards,   Rental Service,    P. O. Box 17602,     Baltimore MD 21297-1602
10605513      Menards,   Retail Services,    P.O. Box 17602,     Baltimore, MD  21297-1602
10605514     +Meta Bank,    P.O. Box 89210,    Sioux Falls, SD 57109-9210
10605515     +R.G. Tonelli,    % Foote Meyers Mielke & Flowers,     416 Second Street,    Geneva, IL 60134-2717
10605516     +Rene Hernandez,    1625 E. State Street,     Rockford, IL 61104-2449
10465838     +Rene Hernandez,    1625 East State Street,     Rockford, Il 61104-2449
8771399      +Rental LServices, LLC,    1100 Brandt Driive,     Elgin, IL 60192-1676
10605517     +Rental Systems, LLC,    1100 Brandt Drive,     Elgin, IL 60192-1676
10605499     +Ritz & Laughlin Ltd PC,    728 North Court Street,     Rockford, IL 61103-6922
10605518     +Sterling Inc. / Kay Jewelers,    % Blatt Hasenmiller,     2 North LaSalle Street #900,
               Chicago, IL 60602-4059
10605519     +Upland Mortgage,    100 E. Penn Square,     Philadelphia, PA 19107-3323
8771388       Upland Mortgage,    100 E. Penn Square,     PhilSWLPHI, PA 19107
8771393      +kHousehold Bank,    1111 N. Town Center Dr.,     Las  Vegas, NV 89144-6364
8771390      +lst National Bank of Marengo,     677 E. Grant Highway,    Marengo, IL 60152-3431

The following entities were served by electronic transmission on Jul 02, 2008.
8771392      +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2008 09:01:09      Conseco Financial Corp.,
               1400 Turbine Dr.,    Rapid City, SD 57703-4719
8913576       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 02 2008 09:03:04       Discover Bank,
               Discover Financial Services,     POB 8003,    Hilliard OH 43026
8771395       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 02 2008 09:03:04       Discover FInancial Services,
               12 Read Way,    New Castle, DE 19720
10605504      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 02 2008 09:03:04       Discover Financial Services,
               P.O. Box 15316,    Wilmington, DE  19850
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10605498      Carter Thomas R
8999690       CitiCapital Commercial Corporation
10605503*     Conseco Financial Corp.,    1400 Turbine Drive,    Rapid City, SD  57703-4719
                                                                                              TOTALS: 2, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

BAE SYSTEMS

```
District/off: 0752-3          User: cbachman           Page 2 of 2              Date Rcvd: Jul 01, 2008
Case: 04-76185                Form ID: pdf002          Total Served: 48

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 03, 2008**                          **Signature:** _Joseph Speetjens_